UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **Ronald Gordillo,** | : | |
| Plaintiff, | : | Civil Action No.: |
| v. | : | |
| **C&W Facility Services Inc.,** | : | December 1, 2017 |
| Defendant. | : | |

### NOTICE OF REMOVAL

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that Defendant C&W Facility Services Inc. ("Defendant") files this Notice of Removal in accordance with 28 U.S.C. §§ 1331 (federal question), 1332 (diversity), 1441 and 1446 and removes this action from the State of Connecticut Superior Court, Judicial District of Hartford, to the United States District Court for the District of Connecticut. As its reasons for removal, Defendant states:

1.  By Summons and Complaint, Plaintiff Ronald Gordillo ("Plaintiff") commenced a civil action against Defendant in Connecticut Superior Court titled *Ronald Gordillo v. C&W Facility Services, Inc.,* Docket No. HHD-CV17-6084427-S (the "Superior Court Action"). A true and correct copy of the Summons and Complaint served by Plaintiff on Defendant is attached hereto as Exhibit A and constitutes all processes, pleadings and orders served upon Defendant in this action to the present date. 28 U.S.C. § 1446(a).

2.  This Notice of Removal is being filed within 30 days of the date Defendant was served with a copy of the Complaint in the Superior Court Action. 28 U.S.C. § 1446(b).

3. The Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because of the existence of a federal question in that Plaintiff has alleged a violation of the Fair Labor Standards Act, 29 U.S.C. § 215 *et seq.*

4. This Court also has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states and, upon information and belief, the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

5. The Summons and Complaint indicate that Plaintiff is, and was at all times relevant to this removal, a citizen of the State of Connecticut.

6. Defendant C&W Facility Services Inc. is a corporation organized and existing under the laws of the Commonwealth of Massachusetts with a principal place of business in Auburndale, Massachusetts.

7. This Notice of Removal is being filed in the District of Connecticut, the District Court of the United States for the district and division within which the Superior Court Action is pending. 28 U.S.C. §§ 1441(a) and 1446(a).

8. Attached hereto as Exhibit B is a copy of the Notice to Superior Court of Filing of Notice of Removal, the original of which is being filed with the Superior Court, Judicial District of Hartford. 28 U.S.C. § 1446(d).

WHEREFORE, Defendant respectfully requests that this matter be removed and hereinafter proceed in the United States District Court for the District of Connecticut.

**Respectfully submitted,**

**C&W FACILITY SERVICES INC.**

/s/ Matthew K. Curtin
Lori B. Alexander (CT08970)
lalexander@littler.com
Matthew K. Curtin (CT27765)
mcurtin@littler.com
LITTLER MENDELSON, P.C.
265 Church Street, Suite 300
New Haven, CT  06510
Telephone: 203.974.8700
Facsimile: 203.974.8799
Defendant's Attorneys

3.

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2017, a copy of the foregoing was sent via first class mail, postage prepaid, to all counsel and pro se parties of record as follows:

Megan Michaud, Esq.
Cicchiello & Cicchiello LLP
364 Franklin Avenue
Hartford, CT 06114

*Counsel for Plaintiff*

                                            /s/ Matthew K. Curtin
                                            Matthew K. Curtin (CT27765)

# Exhibit A

 **CT Corporation**

**Service of Process Transmittal**
11/08/2017
CT Log Number 532268527

**TO:** Vanessa Eustace
C&W Facility Services Inc.
275 Grove Street, Suite 3-200
Auburndale, MA 02466

**RE:** **Process Served in Connecticut**

**FOR:** C&W Facility Services Inc.  (Domestic State: MA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | RONALD GORDILLO, Pltf. vs. C&W Facility Services Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Attachment(s) |
| **COURT/AGENCY:** | Hartford at Hartford Superior Court Judicial District, CT<br>Case # NONE |
| **NATURE OF ACTION:** | Employee Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, East Hartford, CT |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 11/08/2017 at 16:21 |
| **JURISDICTION SERVED:** | Connecticut |
| **APPEARANCE OR ANSWER DUE:** | On or before the second day after the above Return Date, 12/05/2017 |
| **ATTORNEY(S) / SENDER(S):** | Megan L. Michaud<br>Cicchiello & Ciechiello, LLP<br>364 Franklin Avenue<br>Hartford, CT 06114<br>860-296-3457 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air , 1Z0399EX0124512984<br><br>Image SOP<br><br>Email Notification,  Vanessa Eustace  vanessa.eustace@dtz.com<br><br>Email Notification,  Barbara Larkin  barbara.larkin@cwservices.com |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>67 Burnside Ave<br>East Hartford, CT 06108<br>302-658-7581 / 7582 / 7583 |

Page 1 of  1 / KH

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**SUMMONS - CIVIL**
JD-CV-1 Rev. 10-15
C.G.S. §§ 51-346, 51-347, 51-349; 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 95 Washington Street, Hartford, CT 06106 | (860) 548-2700 | December 5, 2017 |

| ☒ Judicial District  ☐ Housing Session | ☐ G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) Hartford | Case type code (See list on page 2) Major: M  Minor: 90 |

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Cicchiello & Cicchiello, LLP, 364 Franklin Avenue, Hartford, CT 06114 | 419987 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| (860) 296-3457 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☒ Yes   ☐ No

Email address for delivery of papers under Section 10-13 (if agreed to): mmichaud@cicchielloesq.com

Number of Plaintiffs: 1    Number of Defendants: 1    ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Ronald Gordillo  Address: 32 Niles Drive, Manchester, CT 06040 | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name: C&W Facility Services, Inc. 275 Grove Street, Suite 3-200, Auburndale, MA 02466  Address: Agent: CT Corporation System, 67 Burnside Ave, East Hartford, CT 06108 | D-01 |
| Additional Defendant | Name:  Address: | D-02 |
| Additional Defendant | Name:  Address: | D-03 |
| Additional Defendant | Name:  Address: | D-04 |

**Notice to Each Defendant**

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court  ☐ Assistant Clerk | Name of Person Signing at Left  MEGAN L. MICHAUD | Date signed  11/07/2017 |

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date
A TRUE COPY ATTEST
KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
IN DIFFERENT PERSON

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date  11/07/2017 | Docket Number |

(Page 1 of 2)

| | |
|---|---|
| RETURN DATE: DECEMBER 5, 2017 | SUPERIOR COURT |
| RONALD GORDILLO | J.D. OF HARTFORD |
| V. | AT HARTFORD |
| C&W FACILITY SERVICES, INC. | NOVEMBER 7, 2017 |

## COMPLAINT

<u>COUNT ONE:</u>    RETALIATION IN VIOLATION OF CONN. GEN. STAT. § 31-290a

1. The Plaintiff, Ronald Gordillo was at all times set forth herein a resident of the Town of Manchester, State of Connecticut.

2. The Defendant, C&W Facility Services, Inc. was at all times set forth herein a company organized under the laws of the State of Massachusetts with its principal place of business located at 275 Grove Street, Suite 3-200, Auburndale, MA, 02466.

3. The Defendant provides janitorial and cleaning services. The Plaintiff worked for the Defendant out of its 144 Main Street, East Hartford, Connecticut location.

4. Plaintiff was employed by the Defendant for about four to five years as a supervisor.

5. Plaintiff's manager was Rick Perreira.

6. On or about June 5, 2017, Plaintiff suffered a work place injury to his back.

7. Plaintiff reported his work place injury and filed a workers compensation claim.

8. Plaintiff underwent medical treatment for his work place injury.

9. At some point Plaintiff had learned that the company had lost its contract with Bank of America.

1

10. On or about June 12, 2017, Plaintiff asked for a meeting with Rick Perreira and Human Resources about the loss of the Bank of America contract. Plaintiff was told not to worry he would not lose his job.

11. Plaintiff was told that the Defendant was a large company and had a lot of other jobs despite losing the Bank of America contract.

12. During this meeting Plaintiff also raised concerns that he had not been paid for overtime.

13. Plaintiff's schedule as a supervisor was from 7am to 4pm.

14. In addition to his supervisor duties Plaintiff also worked from 5pm to 11pm and on Saturday's form 1pm to 9pm performing duties just as regular employees such as cleaning windows, waxing, cleaning carpets and chairs.

15. From April of 2016 through October of 2016 Plaintiff had performed this evening and weekend work for thirty seven hours a week, which should have been paid as overtime.

16. Plaintiff had been told by management that he would be paid for this overtime work but he wasn't.

17. During the June 12, 2017 meeting Rick Perreira asked client to sign a letter rejecting of any additional payments. Plaintiff refused.

18. As a supervisor Plaintiff had been assigned a company van to drive throughout the duration of his employment.

19. On or about June 23, 2017 the Defendant went to Plaintiff's house and picked up the van that has been assigned to Plaintiff.

20. Plaintiff was told by Joe Margerito, a manager of the Defendant, that June 30, 2017 would be his last day of employment.

21. Plaintiff's manager was transferred to another job after the Bank of America contract was lost.

22. Plaintiff was not transferred to another job.

23. The Defendant terminated Plaintiff's employment on June 30, 2017.

24. At all relevant times Defendant was aware that Plaintiff had a pending worker's compensation claim.

25. At all relevant times Defendant was aware that Plaintiff was continuing to treat with a doctor for his worker's compensation injury.

26. The Defendant terminated the Plaintiff because he was injured in the course of his employment, because he exercised or attempted to exercise his rights under the Workers' Compensation statute, and/or to prevent him from claiming benefits under the Workers' Compensation statute, in violation of Connecticut General Statute § 31-290a.

27. As a result of the Defendant's actions, the Plaintiff has suffered a loss of compensation, including lost wages and lost employment benefits.

28. As a result of the Defendant's actions, as aforesaid, the Plaintiff has suffered emotional distress.

29. Furthermore, as a result of the Defendant's actions, as aforesaid, the Plaintiff has been forced to spend legal fees and costs in order to obtain the rights to which the Plaintiff is entitled.

**COUNT TWO:** **RETALIATION IN VIOLATION OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 215 ET. SEQ.**

1. The Plaintiff repeats and re-alleges paragraphs 1 through 23 above, as paragraphs 1 through 23 of Count Two as if fully set forth herein.

24. Plaintiff complained to the Defendant that he was not being paid in accordance with the law and was terminated as a result.

25. The Defendant's actions constitute retaliation in violation of the provisions of the Fair Labor Standards Act set forth in 29 U.S.C § 215(a)(3).

26. As a result of the aforementioned unlawful conduct of Defendant, Plaintiff has incurred lost wages and other damages.

27. As a result of the aforementioned conduct of the Defendant, the Plaintiff has suffered emotional distress.

28. As a further result of the Defendant's unlawful conduct, Plaintiff has been forced to incur attorney's fees and costs in order to obtain the rights to which he is entitled.

THE PLAINTIFF,
RONALD GORDILLO

By: /s/ Megan L Michaud

Megan L Michaud, Esq.
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, CT 06114
Tel: (860) 296-3457
Fax: (860) 296-0676
Juris No.: 419987
Email: mmichaud@cicchielloesq.com
His Attorneys

KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

4

WHEREFORE, the Plaintiff prays for the following relief:

1. Money damages;
2. Liquidated damages pursuant to 29 U.S.C § 216(b);
3. Reasonable attorneys fee and costs; and
4. Such other relief the Court deems appropriate.

THE PLAINTIFF,
RONALD GORDILLO

By: _____
Megan L. Michaud, Esq.
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, CT 06114
Tel: (860) 296-3457
Fax: (860) 296-0676
Juris No.: 419987
Email: mmichaud@cicchielloesq.com
His Attorneys

A TRUE COPY ATTEST
KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
IN DIFFERENT PERSON

5

| | |
|---|---|
| RETURN DATE: DEECEMBER 5, 2017 | SUPERIOR COURT |
| RONALD GORDILLO | J.D. OF HARTFORD |
| V. | AT HARTFORD |
| C&W FACILITY SERVICES, INC. | NOVEMBER 7, 2017 |

## STATEMENT OF AMOUNT IN DEMAND

The Plaintiff claims the amount in demand in excess of $15,000.00 exclusive of interest and costs.

THE PLAINTIFF,
RONALD GORDILLO

By: _____
Megan L. Michaud, Esq.
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, CT 06114
Tel: (860) 296-3457
Fax: (860) 296-0676
Juris No.: 419987
Email: mmichaud@cicchielloesq.com
His Attorneys

A TRUE COPY ATTEST

KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
IN DIFFERENT PERSON

6

# Exhibit B

| | |
|---|---|
| Docket No. HHD-CV17-6084427-S | : |
| | : |
| Ronald Gordillo | : Superior Court |
| | : Judicial District of Hartford |
| | : |
| v. | : at Hartford |
| | : |
| C&W Facility Services Inc. | : |
| | : December 1, 2017 |
| | : |

### NOTICE TO SUPERIOR COURT OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to the provisions of 28 U.S.C. §§ 1331 (federal question), 1332 (diversity), 1441 and 1446, Defendant C&W Facility Services Inc. today filed a Notice of Removal of this action in the United States District Court for the District of Connecticut. A copy of said Notice is attached hereto as Exhibit A.

This Notice to Superior Court was filed and served pursuant to 28 U.S.C. § 1446(d).

**Respectfully submitted,**

**C&W FACILITY SERVICES INC.**

/s/ Matthew K. Curtin
Lori B. Alexander
lalexander@littler.com
Matthew K. Curtin
mcurtin@littler.com
Firm Juris No. 426891
LITTLER MENDELSON, P.C.
265 Church Street, Suite 300
New Haven, CT  06510
Telephone: 203.974.8700
Facsimile: 203.974.8799
Defendant's Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2017, a copy of the foregoing was sent via first class mail, postage prepaid, to all counsel and pro se parties of record as follows:

Megan Michaud, Esq.
Cicchiello & Cicchiello LLP
364 Franklin Avenue
Hartford, CT 06114

*Counsel for Plaintiff*

/s/ Matthew K. Curtin
Matthew K. Curtin